1  GEORGE D. YARON, ESQ. (State Bar #007959)
   **YARON & ASSOCIATES**
2  601 California Street, 21st Floor
   San Francisco, California 94108
3  Telephone: (415) 658-2929
   Facsimile: (415) 658-2930
4
   Attorneys for Defendant and Counterdefendant
5  LINCOLN GENERAL INSURANCE COMPANY

6

7

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

10

11 LINCOLN  GENERAL  INSURANCE )  Civil Action No.: 2:10-cv-00207-RLH-LRL
   COMPANY, a corporation,      )
12                              )  **STIPULATION FOR DISMISSAL AND**
                Plaintiff,      )  **ORDER THEREON**
13                              )
        v.                      )
14                              )
   LEE STEPHENS, an individual, and DOES 1 )
15 through 10,                  )
                                )
16              Defendants.     )
                                )
17 ─────────────────────────────
                                )
   AND RELATED COUNTERCLAIM     )
18 AND THIRD-PARTY CLAIM        )
                                )
19 ─────────────────────────────

20     IT IS HEREBY STIPULATED and agreed by Plaintiff/Counterdefendant LINCOLN

21 GENERAL INSURANCE COMPANY, and Defendant/Counterclaimant LEE STEPHENS, by and

22 through their respective counsel of record, that the entire action of all parties and all causes of action

23 be dismissed.

24     IT IS SO STIPULATED.

25

26

27

28

─────────────────────────────────────────────
                    Stipulation For Dismissal
                                          G:\3325\Pleadings\Stip.Dismissal.wpd

1 | DATED: September 24, 2010        YARON & ASSOCIATES

3 | By:      /S/
4 | GEORGE D. YARON, ESQ.
   | Nevada Bar No. 007959
5 | YARON & ASSOCIATES
   | 601 California Street, 21st Floor
6 | San Francisco, California 94108
   | Attorneys for Plaintiff/Counterdefendant
7 | LINCOLN GENERAL INSURANCE COMPANY
   | JOHN PETER LEE, LTD

9 | DATED: September 24, 2010

11 | By:      /S/
12 | JOHN PETER LEE, ESQ.
    | Nevada Bar No. 1768
    | JAMES J. LEE, ESQ.
13 | Nevada Bar No. 1909
    | JOHN COURTNEY, ESQ.
14 | Nevada Bar No. 11092
    | 830 Las Vegas Boulevard South
15 | Las Vegas, NV 89101
    | Attorneys for Defendant/Counterclaimaint/Third-
16 | Party Plaintiff LEE STEPHENS

18 | IT IS SO ORDERED.

20 | DATED: September 28, 2010    By:    [signature]
    |                                    UNITED STATES DISTRICT JUDGE

Stipulation For Dismissal
- 2 -
G:\3325\Pleadings\Stip.Dismissal.wpd

# CERTIFICATE OF SERVICE

I am over 18 years of age and not a party to the within action. I am employed in the County of San Francisco; my business address is **Yaron & Associates, 601 California Street, Suite 2100, San Francisco, California 94108.**

On **September 27, 2010,** I served the within:

**STIPULATION FOR DISMISSAL AND ORDER THEREON**

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

*TO ALL PARTIES ON THE ECF SERVICE LIST*

☒ **VIA ELECTRONIC SERVICE:** I served a true copy, with all exhibits, electronically on designated recipients through PACER. Upon completion of electronic transmission of said document(s), a receipt is issued to serving party acknowledging receipt by PACER's system. Once PACER has served all designated recipients, proof of electronic service is returned to the filing party which will be maintained with the original document(s) in our office. This service complies with CCP §101.6.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **September 27, 2010**, at San Francisco, California.

**IRIS NISHIMOTO**
inishimoto@yaronlaw.com